86

Henry E. SLAYTON, Jr.,
Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2012–7100.

United States Court of Appeals,
Federal Circuit.

Jan. 28, 2013.

Thomas R. Bender, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI, argued for claimant-appellant. Of counsel was Robert Vincent Chisholm.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Scott D. Austin, Assistant Director. Of counsel were Michael J. Timinski, Deputy Assistant General Counsel, and Tracey Parker Warren, Attorney, United States Department of Veterans Affairs, of Washington, DC.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.